# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MOHAMED ELAKHDAR,

    Plaintiff,

v.

NEVADA PROPERTY 1 LLC,

    Defendant.

Case No. 2:22-cv-00181-RFB-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 3, 2022, a joint proposed discovery plan.

    IT IS SO ORDERED.

    Dated: April 26, 2022

                                                 Nancy J. Koppe
                                                 United States Magistrate Judge