Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #664
Henderson, Nevada 89012
Telephone: (301) 444-4600
mac@mbvesq.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MOHAMED ELAKHDAR,<br><br>  Plaintiff,<br><br>v.<br><br>NEVADA PROPERTY 1 LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS,<br><br>  Defendant. | Case No. 2:22-cv-00181-RFB-NJK<br><br>**JOINT STATUS REPORT** |

\\\
\\\
\\\
\\\
\\\
\\\
\\\

Defendant NEVADA PROPERTY 1, LLC by and through its counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and Plaintiff Mohamed Elakhdar, by and through his counsel The VerStandig Law Firm, LLC hereby gives notice that a settlement has been reached by and between all parties. The parties expect to submit a Stipulation and Order for Dismissal to the Court within forty-five (45) days of the date of this submission.

300628511v.1

| | |
|---|---|
| Dated this 19th day of August, 2024. | Dated this 19th day of August, 2024. |
| THE VERSTANDIG LAW FIRM, LLC | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| */s/ Maurice VerStandig* <br> MAURICE VERSTANDIG, ESQ. <br> Nevada Bar No. 15346 <br> 1452 W. Horizon Ridge Pkwy, #664 <br> Henderson, Nevada 89012 <br> *Attorney for Plaintiffs* | */s/ Chris Richardson* <br> KAREN L. BASHOR, ESQ. <br> Nevada Bar No. 11913 <br> CHRIS RICHARDSON, ESQ. <br> 6689 Las Vegas Blvd. South, Suite 200, Las Vegas, NV 89119 <br> *Attorneys for Defendant* |

300628511v.1