**LARRY H. LUM, ESQ.**
Nevada Bar No. 14914
Larry.lum@wilsonelser.com
**KAREN L. BASHOR, ESQ.**
Nevada Bar No. 11913
Karen.bashor@wilsonelser.com
**CHRIS J. RICHARDSON, ESQ.**
Nevada Bar No. 9166
Chris.Richardson@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
*Attorneys for Defendant Nevada Property 1 LLC*
*d/b/a The Cosmopolitan of Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED ELAKHDAR,<br><br>                    Plaintiff,<br><br>v.<br><br>NEVADA PROPERTY 1 LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS,<br><br>                    Defendant. | Case No.   2:22-cv-00181-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

301902217v.1

**IT IS HEREBY STIPULATED** by and between Defendant NEVADA PROPERTY 1 LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS, by and through its counsel of record, Larry H. Lum, Esq., Karen L. Bashor, Esq., and Chris J. Richardson, Esq., of the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP, Plaintiff, MOHAMED ELAKHDRA, by and through his counsel of record, Maurice Verstandig, Esq., of the law firm of The Verstandig Law Firm, LLC, that all claims in this action are dismissed with prejudice, with each party bearing its own fees and costs.

**STIPULATED AND AGREED** to by:

| Dated this 24th day of September, 2024 | Dated this 24th day of September, 2024. |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | THE VERSTANDIG LAW FIRM, LLC |
| By: */s/ Chris Richardson*<br>Larry H. Lum<br>Nevada Bar No. 14914<br>Karen L. Bashor<br>Nevada Bar No. 11913<br>Chris J. Richardson, Esq.<br>Nevada Bar No. 9166<br>6689 Las Vegas Blvd. South, Suite 200<br>*Attorneys for Defendant Nevada Property 1 LLC d/b/a The Cosmopolitan of Las Vegas* | By: */s/Maurice VerStandig*<br>Maurice VerStandig, Esq.<br>Nevada Bar No. 15346<br>1452 W. Horizon Ridge Pkwy, #664<br>Henderson, Nevada 89012<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

-2-